UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **DEBORA STROUT,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | DOCKET NO. 19-CV-366-NT |
| | ) | |
| **GIFTCRAFT, INC.** | ) | |
| | ) | |
| Defendant | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO CLAIMS AGAINST DEFENDANT GIFTCRAFT, INC.

NOW COME Plaintiff, Debora Strout, and Defendant, Giftcraft, Inc., who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to the dismissal of all counts of Plaintiff's Complaint and all claims against Defendant Giftcraft, Inc. with prejudice, without costs, interest, or attorneys' fees, and with all rights of appeal waived .

DATED: August 20, 2020

| | |
|---|---|
| **PLAINTIFF,** <br> **DEBORA STROUT,** <br> By Her Attorney, | **DEFENDANT,** <br> **GIFTCRAFT, INC.,** <br> By Its Attorneys, |

/s/ Sarah A. Churchill  
Sarah A. Churchill,  
Maine Bar No. 9320  
Nichols & Churchill  
1250 Forest Avenue  
Portland, Maine 041103  
Tele: 207.879.4000  
E-mail: schurchill@nicholschurchill.com

/s/ Ernest J. Babcock  
Ernest J. Babcock,  
Maine Bar No. 1260  
Eaton Peabody  
100 Middle Street  
P.O. Box 15235  
Portland, Maine 04112-5235  
Tele: 207.274.5266  
E-mail: ebabcock@eatonpeabody.com

and

/s/ Stephen E. Hughes  
Stephen E. Hughes (*pro hac vice*)  
Bonner Kiernan Trebach & Crociata, LLP  
40 Court Street, 3rd Floor  
Boston, MA 02108  
Tele: 617.426.3900  
E-mail:  shughes@bonnerkiernan.com

## Certificate of Service

I hereby certify that on this date, I served **Stipulation of Dismissal** via CM/ECF filing system mail on the following persons:

Ernest J. Babcock, Esq.
Eaton Peabody
100 Middle Street
Portland, ME 04112-5235

Stephen E. Hughes, Esq.
Bonner, Kiernan, Trebach & Crociata, LLP
40 Court Street, 3rd Floor
Boston, ME 02108

Dated: August 20, 2020                    By:  Nichols & Churchill, PA


___/s/ Sarah A. Churchill_____
Sarah A. Churchill, Esq.
Maine Bar No. 9320
Attorney for Plaintiff

NICHOLS & CHURCHILL, PA
1250 Forest Avenue
Portland, ME 04103
(207)879-4000